

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00187-CV

Fred **WIGGINS**, as Trustee of the Wiggins Revocable Trust,
Appellant

v.

Jeffrey A. **GLOVER** and Donna S. Glover,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-01-00022-CVK
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellees are awarded the costs they incurred related to this appeal.

SIGNED May 29, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice